

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00397-CV

**BETTY JANE GOSSETT,**

**Appellant**

 **v.**

**THE ESTATE OF DONA LEE STOVALL,
DECEASED, AND LISA JAMIESON AS THE
PERSONAL REPRESENTATIVE OF THE
ESTATE OF DONA LEE STOVALL,**

**Appellees**

### From the County Court at Law No. 2
### Johnson County, Texas
### Trial Court No. P200719377-A

## O R D E R

This appeal was referred to mediation by order dated February 26, 2015. By order dated April 16, 2015, mediation was ordered to occur within 30 days of April 1, 2015. We have received a notice from the mediator that mediation has been scheduled on the first available date for the mediator, that being June 12, 2015.

Accordingly, the date by which mediation must occur is extended.  Mediation must occur by June 30, 2015.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Mediation extended
Order issued and filed May 7, 2015

